US v. Jam C. Delgado

Criminal No
04M-1079-JGD

# AFFIDAVIT

The undersigned Special Agent hereby makes oath before the Honorable Judith G. Dein, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshal Service, that I am advised that there is presently a WARRANT OF ARREST with respect to one JAM C. DELGADO a/k/a Jaime Bou Diaz in the District of Rhode Island, and does hereby make oath that this WARRANT is outstanding in said District as set forth in the attached copy of said WARRANT.

NICHOLAS PORTER
Special Agent, Diplomatic Security
U.S. Department of State

Subscribed and sworn to before me this 1st day of April, 2004.

JUDITH G. DEIN
United States Magistrate Judge
District of Massachusetts

AO 442 (Rev. 5/93) Warrant for Arrest                                          04m- 1079-JCD

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.                                                    **WARRANT FOR ARREST**

JAN C. DELGADO, aka Jaime Bou Diaz
                                                      CASE NUMBER: 1:04M-39M

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Jan C. Delgado, aka Jaime Bou Diaz
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Making false application for passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use or the use of another

in violation of
Title                18              United States Code, Section(s)  1542

DAVID L. MARTIN                                       UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                               Title of Issuing Officer

David L. Martin                                       4-1-04           Providence, RI
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _____ by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.