# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA )
)
)
V. )    Case Number: 04m-1079-JGD
)    Charging District No. 04m-39--M
Jan Delgado )
   Defendant. )

## COMMITMENT TO ANOTHER DISTRICT

DEIN, U.S.M.J.                                                    April 1, 2004

   The defendant is charged with a violation of Title 18  U.S.C.  1542  alleged to have been committed in the District of Rhode Island.

Brief Description of Charge(s):   Making False Application for Passport

The defendant has been unable to obtain release under the bail Reform Act of 1984, 18, U.S.C. §3141-3143.

   TO:   THE UNITED STATES MARSHAL

   You hare hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date   April 5, 2004

_Judith Gail Dein_
UNITED STATES MAGISTRATE JUDGE

| RETURN |||
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: |||
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |